COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:     Sandra P. Bernstein and Heidi R. Powell, d/b/a Heights Contemporary
                         Fine Arts Gallery **V.** James Adams, Claire Richards, Michael
                         Tolleson, Mi Wang, and Adams-Ferro, Inc.

Appellate case number:   01-12-00703-CV

Trial court case number: 995535

Trial court:             County Civil Court at Law No. 2 of Harris County

Date motion filed:       October 15, 2013

Party filing motion:     Appellants

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Michael Massengale
                         ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Chief Justice Radack, Justices Sharp and Massengale


Date: October 29, 2013